# United States District Court
# Central District of California

| | |
|---|---|
| MICHAEL ROCCA, | Case No. 2:14-cv-02625-ODW(CWx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE.** |
| PNS STORES, INC., et al., | **SETTLEMENT** |
| Defendants, | |

The Court is in receipt of the Notice of Settlement filed on September 2, 2014. (ECF No. 19.) Based on the representations of Plaintiff Michael Rocca, the Court hereby **ORDERS** the parties to **SHOW CAUSE**, in writing, **no later than Tuesday, October 28, 2014**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a stipulation to dismiss. Eight weeks is ample time to finalize settlement, so no continuances of this Order will be granted absent a showing of good cause. All other dates in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

September 2, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**